UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :

**ORDER**

IN RE COMBINED WORLD TRADE CENTER    :   21-mc-103 (AKH)
AND LOWER MANHATTAN DISASTER SITE   :
LITIGATION (STRADDLER PLAINTIFFS).      :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

         Counsel in the above captioned matter has advised the Court that the following cases have been resolved by settlement:

         1:05-cv-01203-AKH, 1:06-cv-00133-AKH, 1:06-cv-00818-AKH,

1:06-cv-00996-AKH, 1:06-cv-08784-AKH, 1:06-cv-09188-AKH, 1:06-cv-09622-AKH,

1:06-cv-10745-AKH, 1:07-cv-04244-AKH, 1:07-cv-05421-AKH, 1:07-cv-08929-AKH,

1:07-cv-09087-AKH, 1:07-cv-09949-AKH, 1:08-cv-02284-AKH, 1:08-cv-02286-AKH.

         Each of the above-listed cases is dismissed and the clerk shall mark each case closed.

SO ORDERED.

Dated:     October 22, 2021
              New York, New York

                                                       ALVIN K. HELLERSTEIN
                                                       United States District Judge